**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| NICOLAS AL VARENGA LIMA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID WESLING, *Field Office Director,* | ) | No. 1:26-cv-12267-JEK |
| TODD LYONS, *Acting Director of U.S.* | ) | |
| *Immigration and Customs Enforcement,* | ) | |
| MARKWAYNE MULLIN, *Secretary of* | ) | |
| *Homeland Security*, and TODD BLANCHE, | ) | |
| *Acting Attorney General*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

Following a hearing at 12:45 p.m. on May 22, 2026, and for the reasons stated on the record at that hearing, the respondents are ORDERED to release the petitioner from their custody, no later than 6:00 p.m. on May 22, 2026, to his attorney in this matter. The petitioner is ORDERED not to leave Massachusetts pending a final ruling on his petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petitioner is further ORDERED to reside with his adult brother pending a final ruling on his petition. The respondents are given leave to file a sur-reply brief on or before June 5, 2026. The petitioner shall not be re-detained by the government pending a ruling on the habeas petition.

SO ORDERED.

/s/ Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
May 22, 2026
 2:05     p.m.